UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRUCE LADDEN, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>AUSTIN WEST THIRD REAL §<br>ESTATE HOLDING, INC., CBRE, §<br>INC., TK ELEVATOR §<br>CORPORATION, §<br>*Defendants* § | No. 1:24-CV-01060-RP |

# ORDER

Before the Court is Plaintiff Bruce Ladden's opposed motion for continuance and request to extend time to respond to Defendants Austin West Third Real Estate Holding, Inc. ("Austin West"), CBRE, Inc. ("CBRE"), and TK Elevator Corporation ("TKE")'s motions for summary judgment, Dkt. 62, and all related briefing. After considering the filings and the relevant law, the Court denies the motion.

Ladden's responses to the summary judgment motions, Dkts. 55; 57, were originally due on October 16, 2025. Ladden filed an unopposed motion to extend his response deadline on the grounds that he needed to conduct the deposition of a TKE employee "in order to present facts essential to justify [his] opposition to" the motions for summary judgment. Dkt. 59, at 1. The District Judge granted the motion, ordering Ladden to respond on or before November 10, 2025.

On October 30, Ladden again moved for an extension of time to respond, arguing similarly that he needs additional time to obtain discovery responses and

1

documents from TKE in order to "present facts essential to justify [his] opposition to" the motions. Dkt. 62, at 1. Austin West and CBRE oppose the motion. *See* Dkt. 63. They emphasize that Ladden has had over ten months to conduct discovery in this case, that Ladden has already been given 39 days to respond to the motions, and that any further extension would prejudice Austin West and CBRE by requiring them to incur further expenses. *Id.* at 3-5.

Rule 6(b)(1)(A) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). The Court finds that Ladden has failed to show good cause here. First, Ladden has already received a generous extension of time to respond. He could have sought any late responses and documents from TKE within that time, as well. Second, Ladden has had ample time to complete discovery in accordance with the parties' agreed scheduling order. Ladden has not asked for an extension of the discovery period under the scheduling order. Third, Ladden has not filed any motion to compel TKE's allegedly late discovery responses and documents. This suggests that Ladden uses TKE's allegedly late production as only a delay tactic.

Therefore, the Court **ORDERS** that Ladden's motion for continuance and request to extend time to respond to the motions for summary judgment, Dkt. 62, is **DENIED**. Ladden shall respond to the motions for summary judgment **on or before November 10, 2025**.

SIGNED November 4, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE